**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

December 17, 2008

**LETTER ORDER**

Re:   Sollitto v. Taddeo
      **Civil Action No. 08-498 (HAA)**

Dear Counsel:

Please be advised that the telephone conference scheduled for tomorrow, December 18, 2008, is hereby **ADJOURNED**.  A telephone conference will go forward on **January 5, 2008, at 11:30 a.m.**  Counsel for the Defendant is to initiate the call.

SO ORDERED.

*s/Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**